Case Name: <u>In re Pedro Guzman</u>  Bk. No. 10-02026-LT7                              #3

Hearing Date/Time:  May 6, 2010 at 9:30 a.m.

**Motion for Relief from Stay, No. DRP-1**

Tentative:

Hear.  Movant's evidence is insufficient as the Declaration in support fails to properly authenticate the Assignment and Assumption of Interests and Obligations dated April 20, 2009 (the "Assignment") and the Assignment is incomplete as it fails to attach Exhibit A.  The Court, however, generally is aware of the transfer of loans from Downey Savings & Loan Association to Movant and assumes that any defect in evidence is curable.  Further, the extent of additional evidence required is open to debate as Debtor concedes in his schedules that a US Bank entity holds a first trust deed on the real property at issue.