Prober & Raphael, A Law Corporation
Dean Prober, Esquire, #106207
Lee S. Raphael, Esquire, #180030
Cassandra J. Richey, Esquire #155721
David F. Makkabi, Esquire #249825
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
F.040-1481
Attorneys for Movant U.S. Bank, N.A.,
successor in interest to the FDIC as receiver for
Downey Savings and Loan Association, F.A.,
its assignees and successors in interest

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Bk. No. 10-02026-LT7 |
| PEDRO GUZMAN, | R.S. No. DRP-1 |
| Debtors. | Chapter 7 |
| U.S. BANK, N.A., SUCCESSOR IN INTEREST TO THE FDIC AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A. its assignees and/or successors in interest, | |
| Movant, | |
| v. | Hearing Date: 06/30/10 Hearing Time: 10:00 a.m. Dept. 3 |
| PEDRO GUZMAN, Debtors; NANCY WOLF, Trustee, GMAC MORTGAGE, LLC, Second Lienholder, | |
| Respondents. | |

## SUPPLEMENTAL DECLARATION OF LISA ROGERS IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY

I, Lisa Rogers, declare and state:

1.    As to the following facts, I know them to be true of my own personal knowledge

-1-

and if called upon to testify in this action, I could and would testify competently to the following facts personally known to me to be true.  I am I am employed as the President of National Default Servicing Corporation, authorized servicing agent for U.S. Bank, N.A., successor in interest to the FDIC as receiver for Downey Savings and Loan Association, F.A., its assignees and/or successors in interest, which is the moving party herein ("Movant").  I am familiar with this case and the facts herein and am authorized to make these statements on behalf of Movant.  I have reviewed the loan service records of Movant before making these statements.  The loan service records are kept within the normal course of business by Movant, at or near the time of the event which is noted or memorialized.

2.    Movant is the holder in due course of a promissory note (which is a negotiable instrument) dated January 20, 2006**,** in the principal amount of $372,000.00 (the "Note") secured by a first deed of trust of same date, which bears interest as specified therein.  The indebtedness evidenced by the Note is secured by a Deed of Trust (the "Deed of Trust") executed and recorded in San Diego County and which encumbers the real property located at **3336 Tropicana Drive, Oceanside, California 92054** (the "Property").

3.    Downey Savings and Loan Association, F.A. was the original lender on the note and deed of trust.

4.    On November 21, 2008, Downey Savings and Loan Association, F.A. was closed by the Office of Thrift Supervision, and the FDIC was appointed as receiver.    Attached hereto as **Exhibit "1"** is a copy of the press release issued by the FDIC on the FDIC's website (http://www.fdic.gov/news/news/press/2008/pr08124.html)    stating,    "U.S.    Bank,    National Association, Minneapolis, MN, acquired the banking operations, including all the deposits, of Downey Savings and Loan Association, F.A., Newport Beach, CA, and PFF Bank & Trust, Pomona, CA, in a transaction facilitated by the Federal Deposit Insurance Corporation."

5.    In addition, a true and correct copy of page 295 of **Exhibit A** that lists the subject loan is referred to in the "Assignment and Assumption of Interests and Obligations" (that is attached to the underlying Motion for Relief from Stay as Exhibit "B" along with the subject Deed of Trust)

1  is attached hereto as **Exhibit "2"** and made a part hereof.  The copy of page 295 has been redacted

2  pursuant to Bankruptcy Rule 9037.

3           I declare under penalty of perjury under the laws of the United States of America the

4  foregoing to be true and correct to the best of my knowledge, information and belief.

5  DATED: May 19, 2010                    By  /s/ Lisa Rogers

6                                               Lisa Rogers
                                            Loan #XXXX8430
7                                               F.040-1481

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Danielle Seth-Hunter, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On May 20, 2010, I served the within SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Pedro Guzman
2109 Winchester Street
Oceanside, CA 92054
Debtor

David L. Speckman, Esquire
Speckman & Associates
835 Fifth Avenue, Suite 301
San Diego, CA 92101
Attorney for Debtor

Nancy Wolf
P. O. Box 420448
San Diego, CA 92142
Chapter 7 Trustee

GMAC Mortgage, LLC
3451 Hammond Avenue
Waterloo, IA 50702
Second Lienholder

United States Trustee
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

I declare that I am employed in the office of a member of the Bar at whose direction this service was made. I certify under penalty of perjury that the foregoing is true and correct.

Executed on May 20, 2010 at Woodland Hills, California.

_/s/ Danielle Seth-Hunter_____

Case 10-02026-LT7     Filed 05/20/10     Doc 25     Pg. 5 of 7

Home > News & Events > Press Releases

# Press Releases

## U.S. Bank Acquires All the Deposits of Two Southern California Institutions
### Downey Savings & Loan Association, Newport Beach and PFF Bank & Trust, Pomona

**FOR IMMEDIATE RELEASE**
**November 21, 2008**

**Media Contact:**
**Andrew Gray (202) 898-7192**
**Cell: (202) 494-1049**
**David Barr: (202) 898-6992**
**Cell: (703) 622-4790**

U.S. Bank, National Association, Minneapolis, MN, acquired the banking operations, including all the deposits, of Downey Savings and Loan Association, F.A., Newport Beach, CA, and PFF Bank & Trust, Pomona, CA, in a transaction facilitated by the Federal Deposit Insurance Corporation.

The combined 213 branches of the two organizations will reopen as branches of U.S. Bank under their normal business hours, including those with Saturday hours. Depositors will automatically become depositors of U.S. Bank. Deposits will continue to be insured by the FDIC, so there is no need for customers to change their banking relationship to retain their deposit insurance coverage.

Customers of both banks should continue to use their existing branches until U.S. Bank can fully integrate the deposit records of the organizations. Over the weekend, depositors can access their money by writing checks or using ATM or debit cards.

As of September 30, 2008, Downey Savings had total assets of $12.8 billion and total deposits of $9.7 billion. PFF Bank had total assets of $3.7 billion and total deposits of $2.4 billion. Besides assuming all the deposits from the two California banks, U.S. Bank will purchase virtually all their assets. The FDIC will retain any remaining assets for later disposition.

The FDIC and U.S. Bank entered into a loss share transaction. U.S. Bank will assume the first $1.6 billion of losses on the asset pools covered under the loss share agreement, equal to the net asset position at close. The FDIC will then share in any further losses. Under the agreement, U.S. Bank will implement a loan modification program similar to the one the FDIC announced in August stemming from the failure of IndyMac Bank, F.S.B., Pasadena, CA.

The loss-sharing arrangement is expected to maximize returns on the assets covered by keeping them in the private sector. The agreement also is expected to minimize disruptions for loan customers as they will maintain a banking relationship.

Customers who have questions about today's transactions can call the FDIC toll free. Customers of Downey Savings should call 1-800-930-5169, and for PFF Bank 1-800-930-6827. The phone numbers will be operational this evening until 9:00 p.m. pacific; on Saturday from 8:00 a.m. to 6:00 p.m. pacific; and on Sunday noon until 6:00 p.m. pacific and thereafter from 8:00a.m. to 8:00 p.m. pacific. Interested parties can also visit the FDIC's Web site. For Downey Savings they can visit http://www.fdic.gov/bank/individual/failed/downey.html and for PFF Bank http://www.fdic.gov/bank/individual/failed/pff.html.

U.S. Bank currently has 353 offices in California. Downey Savings and PFF Bank are not affiliated with each other. Downey Savings has 170 branches in California and five in Arizona, and PFF Bank has 38 branches in California.

The FDIC estimates that the cost to the Deposit Insurance Fund (DIF) for Downey Savings will be $1.4 billion and $700 million for PFF Bank. U.S. Bank's acquisition of all the deposits of the two institutions was the "least costly" option for the FDIC's DIF compared to alternatives.

These were the twenty first and twenty second banks to fail in the nation this year, and the fourth and

Case 10-02026-LT7    Filed 05/20/10    Doc 25    Pg. 6 of 7

fifth banks to close in California. The last bank to be closed in the state was Security Pacific Bank, Los Angeles, on November 7, 2008.

# # #

Congress created the Federal Deposit Insurance Corporation in 1933 to restore public confidence in the nation's banking system. The FDIC insures deposits at the nation's 8,451 banks and savings associations and it promotes the safety and soundness of these institutions by identifying, monitoring and addressing risks to which they are exposed. The FDIC receives no federal tax dollars – insured financial institutions fund its operations.

FDIC press releases and other information are available on the Internet at www.fdic.gov, by subscription electronically (go to www.fdic.gov/about/subscriptions/index.html) and may also be obtained through the FDIC's Public Information Center (877-275-3342 or 703-562-2200). **PR-124-2008**

Last Updated 11/21/2008                                                                 communications@fdic.gov

**Home    Contact Us    Search    Help    SiteMap    Forms**
Freedom of Information Act (FOIA) Service Center    Website Policies    USA.gov
FDIC Office of Inspector General

| ACCT_NBR | ASSOC_BAL |
|---|---|
| 8430 | 403,051.80 |