Case:   <u>In re Pedro Guzman; Bk. No. 10-02026-LT7</u>                                              #7

Hearing Date/Time:   Thursday, June 3, 2010 at 10:00 a.m.

Cont'd Hearing on Motion for Relief from Stay–RS #DRP-1

Tentative:  Deny.

Movant's Supplemental evidence continues to be insufficient as the Supplemental Declaration of Lisa Rogers, who, like the initial declarant, Olivia A. Todd, purports to be the "President of National Default Servicing Corporation, authorized servicing agent," does not provide admissible evidence of Movant's standing to seek relief from stay here.

1

S:\Tentatives 2010\060310 Guzman 10-2026.docx